# Court of Appeals
# of the State of Georgia

ATLANTA,  June 15, 2017

*The Court of Appeals hereby passes the following order:*

### A17A0103. BRANDENBURG v. BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA et al.

In the instant case, the trial court dismissed the Appellant's case based on its determination that his earlier 2014 voluntary dismissal of his 2011 state court case constituted a dismissal of his single opportunity to refile after a dismissal under the Georgia Renewal Statute.[1] This determination hinges on the interpretation of 28 USC § 1367 (d), which this Court addressed in *Gottschalk v. Woods*,[2] but as to which holding one judge on the panel concurred in the judgment only, rendering that portion of the opinion persuasive authority only.[3]

On February 27, 2017, the U.S. Supreme Court granted a petition for certiorari in *Artis v. District of Columbia*.[4] The question presented to the Court is

whether the tolling provision in [28 USC] § 1367 (d) suspends the limitations period for the state-law claim while the claim is pending and

---

[1] OCGA § 9-2-61 (a).

[2] 329 Ga. App. 730, 736-741 (2) (766 SE2d 130) (2014) (physical precedent only as to Division 2).

[3] Court of Appeals Rule 33 (a).

[4] 135 A3d 334 (D. C. App. Apr. 7, 2016), cert. granted *Artis v. Dist. of Columbia*, __ U. S. __ (137 SCt 1202; 197 LE2d 245) (2017).

for thirty days after the claim is dismissed, or whether the tolling provision does not suspend the limitations period but merely provides 30 days beyond the dismissal for the plaintiff to refile.

Because the U.S. Supreme Court's decision in *Artis* will be dispositive of whether the statute of limitations was suspended during the pendency of Appellant's federal case and, therefore, whether he had the right to file the instant case under the renewal statute, thereby rendering the current case viable, we hereby VACATE and REMAND the trial court's order dismissing the instant case. Any further proceedings in this matter should be stayed until the U.S. Supreme Court has rendered its decision in *Artis*.[5]



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __06/15/2017_____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[5] Cf. *U. S. Bank, N.A. v. Phillips*, 318 Ga. App. 819, 826 (4) (734 SE2d 799) (2012).